**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                              Case No.  19-26932-BKC-AJC

Lucero Vazquez,                                     Chapter   13

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**   The final Mortgage Modification Mediation ("MMM") conference was conducted on July 15, 2020 and the following parties were present:

   1. [X] The Debtor, Lucero Vazquez and the Debtor's attorney, Robert Stiberman.
   2. [ ] The co-obligor/co-borrower/or other third party.
   3. [X] The Lender's representative Philippe Ruiz and Lender's attorney David Levy.
   4. [ ] Other:

**B.**   The final MMM conference was scheduled for _____, 2020, but not conducted for the following reason:

   1. [ ] The parties settled prior to attending.
   2. [ ] The case was dismissed.
   3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
   4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
   5. [ ] Other

**C.**   The result of the MMM conference is as follows:

   1. [ ] The parties reached an agreement.
   2. [X] The parties did not reach an agreement.

Dated: July 16, 2020

                         /s/:Stacy H. Bressler
                         Stacy H. Bressler, Esq., FBN 71234
                         Post Office Box 121506
                         Fort Lauderdale, FL 33312
                         Telephone: (954) 557-5526
                         email: sbressler@aol.com

Copies to:
all parties to mediation